```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 03232
   MICHELLE MARIE CHAVEZ
                                         CHAPTER 13

                                         JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-4876

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/13/08 .

    2.  The case was dismissed without confirmation, 03/20/2008.

--------------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------

       Summary of disbursements:
--------------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED       OTHER       TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00         .00         .00         .00
PRINCIPAL PAID         .00        .00         .00         .00         .00
INTEREST PAID          .00        .00         .00         .00         .00
TOTAL PAID             .00        .00         .00         .00         .00
The Debtor's attorney, PRO SE DEBTOR              , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




        Dated: 06/25/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 03232 MICHELLE MARIE CHAVEZ
```